

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

E & E Service & Supply, Inc.,

\* From the County Court at Law
of Ector County,
Trial Court No. CC-23,487.

Vs. No. 11-14-00055-CV

\* July 14, 2016

Cynthia G. Ruddick, David R. Rasco
and Alien Manufacturing, Inc.,

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse that part of the trial court's order in which it granted summary judgment on the claims for breach of fiduciary duty and conspiracy to breach fiduciary duty, and we remand these claims to the trial court for further proceedings consistent with this opinion. We affirm that part of the trial court's order in which it granted summary judgment on the claims of breach of contract and tortious interference with contractual relationship. The costs incurred by reason of this appeal are taxed against Cynthia R. Ruddick, David R. Rasco and Alien Manufacturing, Inc.